IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE MARVIN SANDERS AND<br>MATTHEW SODROK<br>*Plaintiffs,* | § § § § | |
| vs. | § § | CIVIL ACTION NO. 4:18-cv-04248 |
| THE BOEING COMPANY<br>*Defendant* | § § § | |

## PLAINTIFFS' VOLUNTARY NOTICE OF DISMISSAL

Plaintiffs, Lee Marvin Sanders and Matthew Sodrok, respectfully file this Voluntary Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) without prejudice and as cause therefore would show this Honorable Court as follows:

**I.**

Plaintiffs no longer desire to prosecute this matter at this time and move this Court to dismiss this action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice to Plaintiffs' right to refile the claim at some future date.

Plaintiffs would show the Court that at the time of filing this Notice, the summons has not been served to Defendant.

For these reasons, Plaintiffs' claims and causes of action against Defendant are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

**DAVIS LAW GROUP**

By: __*/s/ Joshua P. Davis*__
      Joshua P. Davis
      State Bar No. 24055379
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101 /Fax
*josh@thejdfirm.com*

**Attorney-in-Charge for Plaintiffs**